**Ronald R. BRUNSON, Petitioner,**

v.

**DEPARTMENT OF JUSTICE,
Respondent.**

No. 04–3308.

United States Court of Appeals,
Federal Circuit.

DECIDED: July 6, 2004.

Thomas D. Dinackus, Principal Attorney, Mark A. Melnick, David M. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent.

Ronald R. Brunson, of Counsel, Birmingham, AL, for Petitioner.

#### ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Roslyn M. DAVIS, Petitioner,**

v.

**OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.**

No. 04–3307.

United States Court of Appeals,
Federal Circuit.

DECIDED: July 6, 2004.

Kent G. Huntington, Principal Attorney, David M. Cohen, Franklin E. White, Jr., of Counsel, Washington, DC, for Respondent.

Charles D. Jones, Principal Attorney, Jones & Charles, Monroe, LA, for Petitioner.

#### ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.